UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Teri Albright, Milton D Shaw, Max Fowler,        §
Paula Fowler, Trinity Edwards Springs            §
Protection Association                           §        NO:   AU:20-CV-00651-RP
                                                 §
vs.                                              §
                                                 §
Permian Highway Pipeline LLC, Kinder Morgan
Texas Pipeline LLC

## ORDER

      The Court  sets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on September 28, 2020  at  09:20 AM .  Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to opposing  counsel and to the Courtroom Deputy at julie_golden@txwd.uscourts.gov. The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

      Until the Court enters a scheduling order in this case and absent additional instruction from the Court, the parties shall abide by all agreed deadlines set out in their proposed scheduling order

      **SIGNED** on 17th day of September, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE