IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. TERI ALBRIGHT, *et al.*, | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 1:20-cv-00651-RP |
| PERMIAN HIGHWAY PIPELINE, LLC, *et al.*, | § § | |
| Defendants. | § | |

**ORDER**

Upon consideration of the parties' Joint Report Regarding Alternative Dispute Resolution, , it is hereby:

**ORDERED** that the parties shall submit a supplemental report regarding alternative dispute resolution by January 15, 2021.

**IT IS SO ORDERED**, this 7th day of December 2020.

_____
ROBERT PITMAN
U.S. DISTRICT JUDGE