IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TERRI ALBRIGHT, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:20-CV-651-RP |
| PERMIAN HIGHWAY PIPELINE LLC, et al., | § § § | |
| Defendants. | § | |

## ORDER

On December 14, 2020, the parties dismissed all claims by Plaintiffs Teri Albright and Milton Shaw against Defendants in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 27). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

**IT IS ORDERED** that Albright and Shaw are **TERMINATED** as parties in this case.

**SIGNED** on December 15, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE